**Order entered October 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01100-CV

### IN THE INTEREST OF J.Q., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-12-00702-W**

## ORDER

As appellant has failed to comply with the Court's September 24, 2013 directive to file written verification that she has (1) paid or made arrangements to pay for the reporter's record or (2) been found entitled to proceed without payment of costs, we **ORDER** the appeal submitted without the reporter's record. See TEX. R. APP. P. 37.3(c)(2). Appellant shall file her brief within thirty days of the date of this order.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
PRESIDING JUSTICE